**Order entered December 11, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01365-CV

### IN RE PETER BEASLEY, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03141**

## ORDER
Before Justices Lang-Miers, Myers, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/    ELIZABETH LANG-MIERS
       JUSTICE